UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY KIM WHITE,

    Plaintiff,

v.

KIMBERLY JOHANSSON, BERNIE WARNER, AND THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

    Defendants.

CASE NO. C14-5226 RJB-KLS

ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT AND MODIFY A MOTION FOR A TEMPORARY RESTRAINING ORDER

    Plaintiff, Tony Kim White, asks for permission to supplement and modify a motion for a temporary restraining order. Dkt. 29. The underlying motion for a restraining order involves conduct of prison officials at the Airway Heights Corrections Center where plaintiff alleges that he has been subjected to cell searches, confiscation of property and infractions. The undersigned Magistrate Judge DENIES plaintiff's motion to supplement the record as the motion for a temporary restraining order is not connected to the issues raised in the complaint or the named defendants in this action.

    The defendants in this action are Kimberly Johansson, Bernie Warner, and the Washington State Department of Corrections. In this action plaintiff challenges the collection of funds taken for the cost of supervision. Dkt. 21, p. 5. The persons named as defendants work in the Department of Corrections headquarters in Olympia, Washington. *Id*. at 2.

In his motion for a temporary restraining order plaintiff asks the Court to prevent personnel at the Airway Heights Correction Center from proceeding with infractions. He also asks the undersigned to prevent Airway Heights personnel from searching his cell at the Airway Heights Corrections Center. Thus, the request for injunctive relief involves persons who are not named defendants and requests relief that is wholly unrelated to the claims in the complaint.

Numerous district courts in the Ninth Circuit, including this court, have held that a motion for injunctive relief must relate to the claims in the complaint. *Silva v. Mayes*, No. C04-1885-JLR-MAT, (Dkt. 197), 2005 WL 2207013 (W.D. Wash. September 8, 2005); *See, e.g., Aana v. Pioneer Hi-Bred Intern. Inc.*, 2014 WL 2932532 (D. Hawaii June 30, 2014); *Cepero v. High Desert State Prison*, 2014 WL 2772310 (D. Nev. June 18, 2014); *Jackson v. Arpaio*, 2014 WL 1806333 (D.Ariz. May 7, 2014). As the request for injunctive relief does not relate to the claims in the complaint it must be denied and the request to supplement the motion is therefore DENIED.

Dated this 1st day of December, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT
AND MODIFY A MOTION FOR A TEMPORARY
RESTRAINING ORDER- 2