UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY KIM WHITE,<br><br>                Plaintiff,<br><br>   v.<br><br>KIMBERLY JOHANSSON, BERNIE WARNER, THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>                Defendants. | CASE NO. C14-5226 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

    This matter comes before the court on the Report and Recommendation of the magistrate judge. Dkt. 33. The court has considered the relevant record and the remainder of the file herein.

    On December 1, 2014, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation, recommending that plaintiff's motion for a temporary restraining order (Dkt. 27) be denied on the basis that plaintiff seeks injunctive relief against a non-party and that it is

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DENYING
PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER- 1

not based upon a claim in the underlying suit. Dkt. 33. The court concurs with the analysis and conclusions of the magistrate judge.

The Report and Recommendation (Dkt. 33) is **ADOPTED**. Plaintiff's motion for a temporary restraining order (Dkt. 27) is **DENIED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 23rd day of December, 2014.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER- 2